## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | **BANKRUPTCY CASE** |
| | § | |
| HONX, INC., | § | **NO. 22-90035** |
| | § | |
| Debtor. | § | **CIVIL ACTION** _____ |
| | § | |
| | § | |

### ORDER WITHDRAWING REFERENCE, IN PART

28 U.S.C. § 127(d) provides that [t]he district court may withdraw, in whole or in part, any case or proceeding … on its own motion …. for cause shown." 11 U.S.C. § 524(g)(3)(A) provides that the effectiveness of a channeling injunction issued in connection with confirmation of a plan is dependent, in part, on whether the confirmation order was "issued or affirmed by the district court that has jurisdiction over the reorganization case."

The Court Orders:

1. The reference of this case is withdrawn with respect to whether the proposed First Amended Chapter 11 Plan (ECF No. 1298) should be confirmed.

2. The undersigned United States District Judge will preside over the confirmation hearing.

3. Bankruptcy Judge Isgur is authorized to make interlocutory rulings at the confirmation hearing. He is not authorized to determine whether the plan should be confirmed.

**February 2, 2024.**

_____
**ALFRED H. BENNETT**
**UNITED STATES DISTRICT JUDGE**